| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Christina Gaskins, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-18-2194 |
| | § | |
| Harold U. Johnson, Jr., et al., | § | |
| | § | |
| Defendants. | § | |

## Final Judgment

Christina Gaskins takes nothing from Harold U. Johnson, Jr.; Charles L. Walker, III; the city of Bridgeton; the state of New Jersey; the Harris County Sheriff's Office; Christine Lewis; Jamilla Bluford; and Klein Independent School District.

Signed on December 21, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge